United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1752
_____

James Webster Mace,                      *
                                         *
          Appellant,                     *
                                         *   Appeal from the United States
     v.                                  *   District Court for the
                                         *   Western District of Missouri.
William Jefferson Clinton,               *
                                         *        [UNPUBLISHED]
          Appellee.                      *

_____

Submitted:  December 5, 1997

Filed:  December 23, 1997
_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     James Webster Mace appeals from the district court[1]'s dismissal of his action against President William Jefferson Clinton.  Upon review of the record and the parties' briefs, we affirm the judgment of the district court because Mace lacked standing.  See 8th Cir. R. 47B.

_____

     [1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.